NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE C. WALL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3006

---

Petition for review of the Merit Systems Protection Board in case no. AT0831080779-M-1.

---

## ON MOTION

---

## ORDER

Wayne C. Wall moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

__**NOV   3 2010**__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wayne C. Wall
     A. Bondurant Eley, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 0 3 2010**

**JAN HORBALY**
**CLERK**